UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS J. POWELL,<br>Plaintiff,<br>vs.<br>Jo Anne B. Barnhart,<br>Commissioner of Social Security,<br>Defendant | Case No.: 2:07-CV-00025-GGH<br><br>Order Extending Plaintiff's Time to File Motion for Summary Judgment And/ or Remand on the Pleadings |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g). Pending before the Court is plaintiff's stipulated motion for an extension of time (Do. ___), filed on May 16, 2007.

On January 5, 2007, the court issued a scheduling order which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion with _45 days from the date of service of the administrative record by defendant. The court's records reflect that the administrative record was served on April 2, 2007. Plaintiff now seeks an extension of time to June 18, 2007, to file a dispositive motion. Defendant does not oppose the request. Good cause appearing therefore, the request will be granted. Plaintiff is warned that failure to comply with the court's scheduling order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110.

PROPOSED ORDER - 3

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff shall file a dispositive motion by June 18, 2007.

DATED: May 23, 2007

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER - 4