Bruce J. Hagel, Esq., CSB 63531
Elizabeth L. Gade, Esq., CSB 161495
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS J. POWELL,<br><br>            Plaintiff,<br><br>      vs.<br><br>MICHAEL J. ASTRUE,<br><br>            Defendant | CASE NO. 07-CV-00025 GGH<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his Motion for Summary Judgment in the above-referenced case is hereby extended from the present date of June 18, 2007, by thirty days, to July 18, 2007.

This is the second extension requested.

DATED:   June 15, 2007                                         OLSON, HAGEL & FISHBURN, LLP


                                                                            By:     /s/ Bruce J. Hagel
                                                                                    BRUCE J. HAGEL, ESQ.
                                                                                    Attorneys for Plaintiff

---

[1] Michael J. Astrue was confirmed by the Senate on February 1, 2007, to be Commissioner of Social Security.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Mr. Astrue should be substituted for Linda McMahon as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

1
2
3     DATED: _____, 2007                        McGREGOR W. SCOTT
4                                                 United States Attorney
5
6                                                 By:_____
7                                                 Geralyn Gulseth
                                                  Assistant U.S. Attorney
8                                                 Attorneys for Defendant
9
10
11
12
13
14
15
16
17
18
19
20  **OLSON HAGEL & FISHBURN LLP**
21
22
23
24
25
26
27

**STIPULATION**

**PROPOSED ORDER**

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g).  Pending before the Court is plaintiff's stipulated motion for an extension of time filed on June ___, 2007.

The court issued a scheduling order on January 5, 2007, which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion with 45 days from the date of service of the administrative record by defendant.  The court's records reflect that the administrative record was served on April 2, 2007.   Plaintiff now seeks an extension of time to July 18, 2007, to file a dispositive motion.  Defendant does not oppose the request. Good cause appearing therefore, the request will be granted.  Plaintiff is warned that failure to comply with the court's scheduling order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff shall file a dispositive motion by July 18, 2007.

DATED: 6/19/07

/s/ Gregory G. Hollows

**OLSON HAGEL & FISHBURN LLP**
_____
UNITED STATES MAGISTRATE JUDGE

Powell.ord

3

**STIPULATION**