1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   GERALYN GULSETH
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8923
      Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 DENNIS POWELL,                    )
                                     )    CIVIL NO. 07-00025-GGH
12      Plaintiff,                   )
                                     )    STIPULATION FOR EXTENSION OF TIME
13      v.                           )    IN WHICH TO FILE DEFENDANT'S
                                     )    MOTION FOR SUMMARY JUDGMENT
14 MICHAEL J. ASTRUE,                )    AND ORDER
   Commissioner of                   )
15 Social Security,                  )
                                     )
16      Defendant.                   )
   _____ )
17

18
        The parties through their undersigned attorneys stipulate that defendant will have 30 days in
19
   which to file his motion for summary judgment in the above-captioned case.
20
        The new due date for defendant's motion will be September 17, 2007.
21 //
22 //
   //
23

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: *August 15, 2007* | */s/ bruce hagel* |
| 3 | | BRUCE HAGEL<br>(authorized via telephone)<br>Attorney at Law |
| 4 | | Attorney for Plaintiff |
| 5 | Dated: *August 13, 2007* | McGREGOR W. SCOTT |
| 6 | | United States Attorney<br>LUCILLE GONZALES MEIS |
| 7 | | Regional Chief Counsel, Region IX<br>Social Security Administration |
| 8 | | |
| 9 | | */s/ geralyn a. gulseth*<br>GERALYN A. GULSETH |
| 10 | | Special United States Attorney |
| 11 | | Attorneys for Defendant |

1

2  Dated: *August 15, 2007*                    Respectfully submitted,

                                               */s/ bruce hagel*
3                                              BRUCE HAGEL
                                               (authorized via telephone)
4                                              Attorney at Law

5                                              Attorney for Plaintiff

   Dated: *August 13, 2007*                    McGREGOR W. SCOTT
6                                              United States Attorney
                                               LUCILLE GONZALES MEIS
7                                              Regional Chief Counsel, Region IX
                                               Social Security Administration
8
                                                */s/ geralyn a. gulseth*
9                                              GERALYN A. GULSETH
                                               Special United States Attorney
10
                                               Attorneys for Defendant
11

12  IT IS SO ORDERED:

13

14  Dated: *8/22/07*                           */s/ Gregory G. Hollows*
                                               GREGORY G. HOLLOWS
15                                             United States Magistrate Judge

16  powell.ord