1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   GERALYN GULSETH
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8923
      Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                                  UNITED STATES DISTRICT COURT
9
                                  EASTERN DISTRICT OF CALIFORNIA
10

11  DENNIS POWELL,                          )
                                            )   CIVIL NO. 07-00025-GGH
12         Plaintiff,                       )
                                            )   STIPULATION FOR EXTENSION OF TIME
13         v.                               )   IN WHICH TO FILE DEFENDANT'S
                                            )   MOTION FOR SUMMARY JUDGMENT
14  MICHAEL J. ASTRUE,                      )   AND PROPOSED ORDER
    Commissioner of                         )
15  Social Security,                        )
                                            )
16         Defendant.                       )
    _____)
17

18         The parties through their undersigned attorneys stipulate that defendant will have an additional

19  14 days in which to file his motion for summary judgment in the above-captioned case.

20         The new due date for defendant's motion will be October 1, 2007.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  September 17, 2007 | /s/ bruce hagel |
| | (authorized via telephone by Mr. Hagel's office) |
| | BRUCE HAGEL |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |
| Dated: September 17, 2007 | McGREGOR W. SCOTT |
| | United States Attorney |
| | LUCILLE GONZALES MEIS |
| | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | |
| | /s/ geralyn a. gulseth |
| | GERALYN A. GULSETH |
| | Special United States Attorney |
| | |
| | Attorneys for Defendant |

IT IS SO ORDERED:


Dated: 9/20/07            /s/ Gregory G. Hollows

                          GREGORY G. HOLLOWS
                          United States Magistrate Judge

powell.eot